IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DENISE ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO CITY & COUNTY, et al.,<br><br>Defendants.<br>_____/ | No. C 06-01617 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On March 1, 2006, Plaintiff Kimberly Denise Roberts appearing pro se filed the complaint in this action against defendants City and County of San Francisco Department of Human Services and Department of Public Works.

On October 13, 2006, this Court received a letter from Defendants indicating that Plaintiff had failed to serve initial disclosures. The initial disclosures were originally due on June 16, 2006 and the deadline was extended by this Court to July 24, 2006. Defendants' letter also indicates that Plaintiff has failed to respond to interrogatories, has failed meaningfully to respond to documents requests, and has failed to appear for her deposition. The Court also notes that Plaintiff failed to appear for a scheduled ADR conference on July 20, 2006. It therefore appears to the Court that Plaintiff has failed to comply with any discovery obligations or to pursue prosecution of her case.

Accordingly, PLAINTIFF IS HEREBY ORDERED TO SHOW CAUSE, in writing, why the case should not be dismissed for failure to comply with this Court's orders and Federal Rules of Civil Procedure 26 and 37. Plaintiff's response shall be **no later than November 3, 2006**. If Plaintiff fails to comply with this Order, the matter shall be dismissed without prejudice. Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED.**

Dated: October 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2