IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY DENISE ROBERTS,

    Plaintiff,

    v.

CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants.

No. C 06-01617 JSW

**ORDER OF DISMISSAL**

After numerous opportunities to comply with this Court's orders regarding her discovery obligations, Plaintiff has again failed to respond to outstanding discovery or to appear for her noticed deposition. Following an unsuccessful settlement conference before Magistrate Judge Chen, on February 28, 2007, this Court issued an order affording Plaintiff a FINAL opportunity to comply with her discovery obligations. The order twice explicitly indicated that failure to do so SHALL result in immediate dismissal of this action.

Accordingly, due to Plaintiff's repeated failure to comply with this Court's orders setting out her discovery obligations, the Court hereby DISMISSES this action without prejudice.

**IT IS SO ORDERED.**

Dated: April 18, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE